```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           OCALA DIVISION
```

FRESENIUS VASCULAR CARE, INC.
and NATIONAL MEDICAL CARE, INC.

    Plaintiff,

v.                                    Case No: 8:21-cv-1474-VMC-JSS

INDI VASUDEVA and TAMPA RENAL
PHYSICIANS, P.L.,

    Defendants.
_____/

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 35), filed on October 3, 2022, recommending that Plaintiff National Medical Care, Inc.'s Motion for Attorneys' Fees and Costs (Doc. # 28) should be granted in part and denied in part.

As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and grants in part and denies in part the Motion.

## Discussion

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).

1

In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 35) is **ACCEPTED** and **ADOPTED**.

(2) National Medical Care, Inc.'s Motion for Attorneys' Fees and Costs (Doc. # 28) is **GRANTED IN PART** and **DENIED IN PART**.

(3) National Medical Care, Inc. is awarded reasonable attorneys' fees in the amount of $42,193.00 and costs in the amount of $3,867.66.

(4) The Clerk is directed to enter judgment accordingly.

**DONE and ORDERED** in Tampa, Florida, this 20th day of October, 2022.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE