UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRESENIUS VASCULAR CARE, INC.,
and NATIONAL MEDICAL CARE, INC.,

    Plaintiffs,

v.　　　　　　　　　　　Case No. 8:21-cv-1474-VMC-JSS

INDI VASUDEVA and
TAMPA RENAL PHYSICIANS, P.L.,

    Defendants.
_____/

**ORDER**

    This matter comes before the Court upon consideration of United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 99), entered on November 13, 2023, recommending that Plaintiffs' Motion for Final Judgment in Garnishment against Regions Bank (Doc. # 96) be granted. No objections have been filed, and the time for filing objections has lapsed.

    The Court accepts and adopts the Report and Recommendation and grants the Motion.

**Discussion**

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

1

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 99) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiffs' Motion for Final Judgment in Garnishment against Regions Bank (Doc. # 96) is **GRANTED**.

(3) The Clerk is directed to enter final judgment in favor of Plaintiffs Fresenius Vascular Care, Inc. and National Medical Care, Inc. and against Garnishee Regions Bank in the amount of $22,870.65 pursuant to section 77.083 of the Florida Statutes.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of November, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3