```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

FRESENIUS VASCULAR CARE, INC.,
and NATIONAL MEDICAL CARE, INC.,

    Plaintiffs,

v.                      Case No. 8:21-cv-1474-VMC-JSS

INDI VASUDEVA and
TAMPA RENAL PHYSICIANS, P.L.,

    Defendants.
_____/

**ORDER**

    This matter comes before the Court upon consideration of United States Magistrate Judge Julie S. Sneed's Report and Recommendation (Doc. # 100), entered on November 13, 2023, recommending that Plaintiffs' Unopposed Motion for Final Judgment in Garnishment against Bank of America, N.A. (Doc. # 97) be granted. No objections have been filed, and the time for filing objections has lapsed.

    The Court accepts and adopts the Report and Recommendation and grants the Motion.

**Discussion**

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

1

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a *de novo* review with respect to that factual issue. Stokes v. Singletary, 952 F.2d 1567, 1576 (11th Cir. 1992). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 100) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiffs' Unopposed Motion for Final Judgment in Garnishment against Bank of America, N.A. (Doc. # 97) is **GRANTED**.

(3) The Clerk is directed to enter final judgment in favor of Plaintiffs Fresenius Vascular Care, Inc. and National Medical Care, Inc. and against Garnishee Bank of America, N.A. in the amount of $89,858.87 pursuant to section 77.083 of the Florida Statutes.

(4) The Court grants Garnishee Bank of America, N.A.'s request for statutory fees in the amount of $100.00 pursuant to section 77.28 of the Florida Statutes, made payable to Garnishee's attorneys, Liebler, Gonzalez & Portuondo.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of November, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE